UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SAMUEL JACKSON, #361449

        Plaintiff,        Case No. 09-CV-11438

v.        Judge Robert H. Cleland

JUSTIN BROUGHTON, et al.,

        Defendants.
_____/

## ORDER DIRECTING SERVICE WITHOUT PREPAYMENT OF COSTS AND AUTHORIZING THE UNITED STATES MARSHAL TO COLLECT COSTS AFTER SERVICE IS MADE

The Court has determined that plaintiff may proceed in forma pauperis. The Court, therefore, ORDERS the United States Marshal to serve the appropriate papers in the case on defendants Justin Broughton and Blake Hibben without prepayment of the costs for such service. The Marshal may collect the usual and customary costs from plaintiff after effecting service.

The Court ORDERS plaintiff to serve a copy of all future documents on defendants or on defense counsel if legal counsel represents the defendants. Plaintiff shall attach to all original documents filed with the Court of the Court a certificate stating the date that plaintiff mailed a copy of the original document to defendant or defense counsel.

                         S/Robert H. Cleland
                         ROBERT H. CLELAND
                         UNITED STATES DISTRICT JUDGE

Dated: August 6, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 6, 2010, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522